U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2023

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

REQUEST GRANTED.
The time for the Government to respond to defendant's motion is extended to April 14, 2023.

4/6/2023

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**Re:**   *United States v. Julio Cesar Herrera Jimenez*, 21 Cr. 750 (LJL)

Dear Judge Liman:

The Government writes this letter to respectfully request a one-week extension for the filing of its response to the defendant's motion for a reduction in sentence. On March 24, 2023, the defendant filed a *pro se* motion for a reduction in sentence. On March 27, 2023, the Court ordered the Government to respond to the defendant's motion by April 7, 2023.

The Government, through the Bureau of Prisons, has requested relevant documentation from FCI Ray Brook, where the defendant is detained, and is currently awaiting those records. The Government therefore requests a one-week extension of its response deadline to April 14, 2020 so it can obtain these outstanding records in order to appropriately respond to the defendant's motion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Mitzi Steiner
Samuel P. Rothschild
Assistant United States Attorney
(212) 637-2284/2504