UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
        -v-                                         :        21-CR-750 (LJL)
                                                    :
JULIO CESAR HERRERA JIMENEZ,                        :        ORDER
                                                    :
                        Defendant.                  :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The defendant submitted a motion for Retroactive Application of Amendment 821 at Dkt. No. 30.  The Court reappoints CJA attorney Zachary Margulis-Ohnuma to represent the defendant.

     SO ORDERED.

Dated: September 4, 2024
     New York, New York
                              LEWIS J. LIMAN
                      United States District Judge