UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
-v-                                      :         21-CR-750 (LJL)
:
JULIO CESAR HERRERA JIMENEZ,             :         ORDER
:
Defendant.                :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On September 4, 2024, the Court reappointed CJA attorney Zachary Margulis-Ohnuma to represent the defendant. Dkt. No. 32. The Government is directed to provide a copy of this letter to Mr. Margulis-Ohnuma.

SO ORDERED.

Dated: December 4, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge